AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants Jay Barth, Jeremy Bean, George Davis, Jessica Jefferson, Calvin Johnson, William Kuloloia, Dean Ontiveros, Joshua Padilla and James Scally*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN JOHNSON, et al., <br><br> Defendants. | Case No. 2:22-cv-01738-JAD-BNW <br><br> Stipulation and Order for Dismissal with Prejudice <br><br> ECF No. 63 |

    Plaintiff, Kenneth Thomas, and Defendants Jay Barth, Jeremy Bean, George Davis, Jessica Jefferson, Calvin Johnson, William Kuloloia, Dean Ontiveros, Joshua Padilla and James Scally, by and through counsel Aaron D. Ford, Attorney General and Nathan M. Claus, Deputy Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 12 of June 2024.

By: /s/
Kenneth Thomas, # #83545
*Plaintiff, pro se*

DATED this 12th of June, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

## ORDER

Based on the parties' stipulation **[ECF No. 63]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 13, 2025